WILLIAM A. MERTENS, an Infant, by WILLIAM A. MERTENS, His Guardian ad Litem, Appellant, v. THE CITY OF TROY, Respondent. WILLIAM A. MERTENS, Appellant, v. THE CITY OF TROY, Respondent.— Judgments and orders unani-

mously affirmed, with one bill of costs.  Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.